## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Donald E Jacobs Jr | Complaint |
| Plaintiff, | Case no._____ |
| V. | |
| Experian Solutions INC., | |
| LexisNexis | |

Donald E Jacobs Jr (Plaintiff) submits this complaint against Experian Solutions INC. and LexisNexis Risk Solutions.

### PARTIES

1. Plaintiff is a resident of Orange City, Florida
2. Defendant 1 Experian corporate office located in Allen, TX
3. Defendant 2 LexisNexis Risk Solutions is a resident of Atlanta, GA

### JURISDICTION AND VENUE

4. This court had jurisdiction pursuit to 28 USC 1332
5. Venue is appropriate pursuant to 28 USC 1391(b)(2) because this is where the course of events occurred.

### GENERAL ALLEGATIONS OF FACT

6. Experian Solutions INC is a credit reporting agency their dispute center address is PO Box 4500, Allen TX 75013
7. LexisNexis Risk Solutions is a credit reporting agency their dispute center address is PO Box 105108 Atlanta, GA 30348
8. LexisNexis Furnished a Bankruptcy account to Experian in November 2021
9. I disputed this account with Experian for validation on June 28, 2022
10. On July 12th the dispute came back as verified and LexisNexis was the furnisher.
11. On July 14th I sent a letter to LexisNexis to verify the account that they furnished to Experian
12. On August 13th LexisNexis set a letter saying that the accounts could not be verified and would be deleted
13. On September 7th I disputed the account with Experian and submitted the supporting documents from LexisNexis that the accounts could not be verified.
14. On September 13th Experian still verified the account with the furnisher being LexisNexis.
15. I called LexisNexis and was told it would take up to 60 days for the account to be updated.

16. On December 12th I disputed the account with Experian again and still said the account was verified.
17. I acquired my full report from LexisNexis and saw that there was no bankruptcy on my report however, Experian was still getting reports from LexisNexis.
18. On I applied for a line of credit through my bank for $25,000 and was denied because of a bankruptcy on my Experian consumer report.
19. On 11/21/2023 was Denied business funding in the amount od $28,495.00 due to this BK being on my consumer report.

## CLAIM FOR RELIEF

(Willful noncompliance)

20. LexisNexis Had no permissible purpose to furnish any information of mine to the consumer reporting agencies pursuit to 15 USC 1681b.
21. LexisNexis transferred nonpublic personal information to a non-affiliated 3rd party without the provisions of 15 USC 6803.
22. Experian did not properly delete this item from their files when proof was sent that this account was unverifiable pursuant to 15 USC 1681i(A)(i).
23. By LexisNexis Willfully with knowledge of this account being not verifiable furnishing it to the consumer reporting agency and Experian did not follow the proper verification and dispute procedures causing actual damage loss from a line of credit of $25,000 and business funding of $28,495.

## PRAYER FOR RELIEF

24. Plaintiff request relief in the amount of $55,495 from LexisNexis and $55,495 from Experian for violations to the fair credit reporting act and for actual damages.

DATED 11/22/2023.

Donald E Jacobs Jr

_____