# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DONALD E. JACOBS, JR,**

      **Plaintiff,**

v.                                                      Case No: 6:23-cv-2273-PGB-EJK

**EXPERIAN SOLUTIONS INC.**
**and LEXISNEXIS,**

      **Defendants.**

_____/

## ORDER

This case is before the Court upon periodic review. On December 18, 2023, the Court entered an Order (Doc. 6 (the "**Order**")) directing Plaintiff to show cause as to its failure to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons. The Court notified the Plaintiff that failure to comply with the Order within fourteen (14) days may result in dismissal of the case without further notice or other appropriate sanctions. (Doc. 6). Plaintiff has failed to comply with the Order, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida, on January 9, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party